AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Marco Antonio Cortez-Anaya

**V.**

USA

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   12CV0131-BTM

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to reduce sentence is Denied.
The Court Denies a Certificate of Appealability.

| January 30, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas

(By) Deputy Clerk

ENTERED ON January 30, 2012

12CV0131-BTM