# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Marco Antonio Cortez-Anaya

                V.                    **JUDGMENT IN A CIVIL CASE**

USA

                                    **CASE NUMBER:**    12CV0131-BTM

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to reduce sentence is Denied. The Court Denies a Certificate of Appealability.

| January 30, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON January 30, 2012 |